**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-38961-CAD |
| | § | |
| TIFFANY ALEXANDRIA THIGPEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/28/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/31/2012                    By:   /s/ David P. Leibowitz

                                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                   §        Case No. 11-38961-CAD
                                         §
TIFFANY ALEXANDRIA THIGPEN               §
                                         §
                                         §
                  Debtor(s)              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                          $4,831.00
*and approved disbursements of*                               $3,008.56
*leaving a balance on hand of[1]:*                            $1,822.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $1,822.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $460.29 | $0.00 | $460.29 |
| David P. Leibowitz, Trustee Expenses | $5.50 | $0.00 | $5.50 |

Total to be paid for chapter 7 administrative expenses:          $465.79
Remaining balance:          $1,356.65

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:          $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | | Remaining balance: | $1,356.65 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | | Total to be paid to priority claims: | $0.00 |
|---|---|---|---|
|  | | Remaining balance: | $1,356.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,422.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $2,075.75 | $0.00 | $89.62 |
| 2 | Atlas Acquisitions LLC  (HSBC - Carsons) | $1,254.81 | $0.00 | $54.18 |
| 3 | ASSET ACCEPTANCE LLC ASSIGNEE WFNB/EXPRESS | $850.06 | $0.00 | $36.70 |
| 4 | ASSET ACCEPTANCE LLC ASSIGNEE/VICTORIAS SECRET | $1,051.42 | $0.00 | $45.40 |
| 5 | ASSET ACCEPTANCE LLC ASSIGNEEWFNB/NY & CO | $408.38 | $0.00 | $17.63 |
| 6 | Sallie Mae | $23,221.98 | $0.00 | $1,002.61 |
| 7 | American InfoSource LP as agent for T Mobile | $296.63 | $0.00 | $12.81 |
| 8 | American InfoSource LP as agent for US Cellular | $474.39 | $0.00 | $20.48 |
| 9 | LVNV Funding, LLC its successors and assigns assignee of North Star Capital as | $526.45 | $0.00 | $22.73 |
| 10 | LVNV Funding, LLC /Sprint | $1,262.14 | $0.00 | $54.49 |

UST-Form 101-7-NFR (5/1/2011)

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,356.65 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-38961-CAD
Tiffany Alexandria Thigpen                                            Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1              User: dwilliams          Page 1 of 3          Date Rcvd: Aug 01, 2012
                                 Form ID: pdf006           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
db           +Tiffany Alexandria Thigpen,   14900 Wentworth Avenue,   Dolton, IL 60419-1438
18571844     +ASSET ACCEPTANCE LLC ASSIGNEE WFNB/EXPRESS,   PO BOX 2036,   WARREN MI 48090-2036
17840122     +AT & T,   P. O. Box 8212,   Aurora, IL 60572-8212
17840119     +Americash Loans,   17340 Torrence Avenue,   Lansing, IL 60438-1019
17840120     +Arrow Financial Services,   5996 W. Touhy Avenue,   Niles, IL 60714-4610
18491158     +Atlas Acquisitions LLC  (HSBC - Carsons),   294 Union St.,   Hackensack, NJ 07601-4303
17840123      Bank of America,   P. O. Box 15019,   Wilmington, DE 19850-5019
17840126     +CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
17840124      Capital One,   Bankruptcy Dept.,   6125 Lakeview Road, Ste. 800,   Charlotte, NC 28269-2605
17840125      Carson Pirie Scott,   PO Box 15298,   Wilmington, DE 19850-5298
17840127      Chase,   JP Morgan,   Indiana Market PO Box 659754,   San Antonio, TX 78265-9754
17840128      Check 'N Go of Illinois,   2010 E. 159th St.,   Calumet City, IL 60409
17840129     +Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
17840131     +Credit Protection,   1355 Noel Rd. Suite 2100,   Dallas, TX 75240-6837
17840132     +Customer Care Management,   2010 W. Fulton Avenue, Ste. 280,   Chicago, IL 60612-2359
17840133     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   38 Fountain Square Plaza,   Cincinnati, OH 45263)
17840135     +Genesis Financial,   c/o Smith Haynes & Watson,   PO Box 148,   Mission, KS 66201-0148
17840137     +Illinois Title Loans,   801 East Sibley,   Dolton, IL 60419-2129
17840138     +Jutla Sanjay,   11 E. Adams #906,   Chicago, IL 60603-6306
17840139      Limited/WFNNB,   Bankruptcy Dept.,   PO Box 182125,   Columbus, OH 43218-2125
17840140      Lincoln Technical Institute,   1 Plymouth Meeting, Suite 300,   Plymouth Meeting, PA 19462
17840141     +Macy's/GE Money Bank,   Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
17840142     +National Credit Lenders,   157 W. 159th,   Harvey, IL 60426-4959
17840143      New York & Company/WFNNB,   Bankruptcy Dept.,   PO Box 182125,   Columbus, OH 43218-2125
17840144     +Payday Loan Store,   947B E. Sibley Blvd.,   Dolton, IL 60419-2139
17840145     +Pinnacle Financial Group,   7825 Washington Ave S Ste 310,   Minneapolis, MN 55439-2424
17840146     +Receivables Management Inc.,   3348 Ridge Rd.,   Lansing, IL 60438-3112
17840148     +Sprint,   PO Box 8077,   London, KY 40742-8077
17840150      Steven D. Gertler & Assoc.,   Suite 402,   415 N. LaSalle Street,   Chicago, IL 60610
17840151     +Sun Cash,   598 S. Torrence Avenue,   Calumet City, IL 60409-3813
17840152     +T-Mobile Bankruptcy,   PO Box 37380,   Albuquerque, NM 87176-7380
17840154     +TCF National Bank,   800 Burr Ridge Parkway,   Willowbrook, IL 60527-6486
17840153      Target,   P. O. Box 1581,   Minneapolis, MN 55440-1581
17840156     +The Money Market,   802 East Sibley Blvd.,   Dolton, IL 60419-2130
17840155     +The Money Market,   1918 Rand Road,   Palatine, IL 60074-1157
17840158      Victoria's Secret/WFNNB,   Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
17840159     +Wells Fargo Auto Finance,   P. O. Box 29704,   Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18571883     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 02 2012 03:12:07
               ASSET ACCEPTANCE LLC ASSIGNEE/VICTORIAS SECRET,   PO BOX 2036,   WARREN MI 48090-2036
18572011     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 02 2012 03:12:07
               ASSET ACCEPTANCE LLC ASSIGNEEWFNB/NY & CO,   PO BOX 2036,   WARREN MI 48090-2036
17840118     +E-mail/Text: jasonm@afchoice.com Aug 02 2012 03:17:40     America's Financial Choice,
               1107 E. Sibley Blvd.,   Dolton, IL 60419-2827
18822074      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 05:12:51
               American InfoSource LP as agent for,   US Cellular,   PO Box 248838,
               Oklahoma City, OK  73124-8838
18805112      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 04:52:00
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
17840121     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 02 2012 03:12:07     Asset Acceptance LLC,
               P. O. Box 2036,   Warren, MI 48090-2036
17954106     +E-mail/Text: bnc@atlasacq.com Aug 02 2012 03:17:48     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
17840130     +E-mail/Text: legalcollections@comed.com Aug 02 2012 03:14:55     Commonwealth Edison,
               Customer Care Center,   PO Box 805379,   Chicago, IL 60680-4179
17972278     +E-mail/Text: legalcollections@comed.com Aug 02 2012 03:14:55     Commonwealth Edison Company,
               3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dep.
17840134     +Fax: 614-760-4092 Aug 02 2012 04:21:34     First Cash Advance #521,   1205 E. Sibley Blvd.,
               Dolton, IL 60419-2928
17840136     +E-mail/Text: Bankruptcy@icsystem.com Aug 02 2012 04:43:10     IC System, Inc.,
               444 Highway 96 East,   PO Box 64887,   Saint Paul, MN 55164-0887
18891569      E-mail/Text: resurgentbknotifications@resurgent.com Aug 02 2012 02:55:33
               LVNV Funding, LLC its successors and assigns as,   assignee of NCO Portfolio Management,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
18889206      E-mail/Text: resurgentbknotifications@resurgent.com Aug 02 2012 02:55:34
               LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
               Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
17840147      E-mail/PDF: pa_dc_claims@salliemae.com Aug 02 2012 05:08:24     Sallie Mae,   P.O. Box 9500,
               Wilkes Barre, PA 18773-9500
18741582     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 02 2012 03:45:28     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496

```
District/off: 0752-1            User: dwilliams          Page 2 of 3            Date Rcvd: Aug 01, 2012
                               Form ID: pdf006          Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17840148      +E-mail/Text: appebnmailbox@sprint.com Aug 02 2012 03:12:12       Sprint,   PO Box 8077,
                London, KY 40742-8077
17840149       E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Aug 02 2012 04:58:12
                State Farm Insurance,    PO Box 2371,   Bloomington, IL 61702-2371
17840157      +Fax: 866-419-3894 Aug 02 2012 03:41:34      US Cellular,   P. O. Box 0203,
                Palatine, IL 60055-0001
                                                                                     TOTAL: 18


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                         **Signature:** _____

District/off: 0752-1          User: dwilliams        Page 3 of 3           Date Rcvd: Aug 01, 2012
                             Form ID: pdf006         Total Noticed: 54


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2012 at the address(es) listed below:
              David Marc Dabertin    on behalf of Debtor Tiffany Thigpen dabertin@netnitco.net
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 3