UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:11-bk-38961-CAD |
| | § | |
| TIFFANY ALEXANDRIA THIGPEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,500.00 | Assets Exempt: | $3,750.00 |
| Total Distributions to Claimants: | $1,356.65 | Claims Discharged Without Payment: | $41,704.36 |
| Total Expenses of Administration: | $484.50 | | |

3) Total gross receipts of $4,831.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,989.85 (see **Exhibit 2),** yielded net receipts of $1,841.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $9,261.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $484.50 | $484.50 | $484.50 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $36,368.00 | $31,422.01 | $31,422.01 | $1,356.65 |
| **Total Disbursements** | $45,629.00 | $31,906.51 | $31,906.51 | $1,841.15 |

4). This case was originally filed under chapter 7 on 09/26/2011. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/12/2013      By: /s/ David P. Leibowitz
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1124-000 | $4,831.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,831.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Tiffany Alexandria Thigpen | Exemptions | 8100-002 | $2,989.85 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,989.85** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Auto Finance | 4110-000 | $9,261.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,261.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $460.29 | $460.29 | $460.29 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.50 | $5.50 | $5.50 |
| Green Bank | 2600-000 | NA | $18.71 | $18.71 | $18.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$484.50** | **$484.50** | **$484.50** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | $2,500.00 | $2,075.75 | $2,075.75 | $89.62 |
| 2 | Atlas Acquisitions LLC (HSBC - Carsons) | 7100-900 | $639.00 | $1,254.81 | $1,254.81 | $54.18 |
| 3 | ASSET ACCEPTANCE LLC ASSIGNEE WFNB/EXPRESS | 7100-900 | $820.00 | $850.06 | $850.06 | $36.70 |
| 4 | ASSET ACCEPTANCE LLC ASSIGNEE/VICTORIAS SECRET | 7100-900 | $639.00 | $1,051.42 | $1,051.42 | $45.40 |
| 5 | ASSET ACCEPTANCE LLC ASSIGNEEWFNB/NY & CO | 7100-900 | $650.00 | $408.38 | $408.38 | $17.63 |
| 6 | Sallie Mae | 7100-000 | $19,334.00 | $23,221.98 | $23,221.98 | $1,002.61 |
| 7 | American InfoSource LP as agent for T Mobile | 7100-000 | $147.00 | $296.63 | $296.63 | $12.81 |
| 8 | American InfoSource LP as agent for US Cellular | 7100-000 | $0.00 | $474.39 | $474.39 | $20.48 |
| 9 | LVNV Funding, LLC its successors and assigns assignee of North Star Capital as | 7100-900 | NA | $526.45 | $526.45 | $22.73 |
| 10 | LVNV Funding, LLC /Sprint | 7100-000 | $0.00 | $1,262.14 | $1,262.14 | $54.49 |
|  | America's Financial Choice | 7100-000 | $700.00 | NA | NA | $0.00 |
|  | Americash Loans | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Arrow Financial Services | 7100-000 | $870.00 | NA | NA | $0.00 |
|  | Asset Acceptance LLC | 7100-000 | $709.00 | NA | NA | $0.00 |
|  | AT & T | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital One | 7100-000 | $878.00 | NA | NA | $0.00 |
|  | CCA | 7100-000 | $121.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Check 'N Go of Illinois | 7100-000 | $0.00 | NA | NA | $0.00 |
| Comcast | 7100-000 | $64.00 | NA | NA | $0.00 |
| Fifth Third Bank | 7100-000 | $767.00 | NA | NA | $0.00 |
| First Cash Advance #521 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Genesis Financial | 7100-000 | $929.00 | NA | NA | $0.00 |
| IC System, Inc. | 7100-000 | $142.00 | NA | NA | $0.00 |
| Illinois Title Loans | 7100-000 | $231.00 | NA | NA | $0.00 |
| Limited/WFNNB | 7100-000 | $508.00 | NA | NA | $0.00 |
| Lincoln Technical Institute | 7100-000 | $232.00 | NA | NA | $0.00 |
| Macy's/GE Money Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| National Credit Lenders | 7100-000 | $0.00 | NA | NA | $0.00 |
| Payday Loan Store | 7100-000 | $0.00 | NA | NA | $0.00 |
| Pinnacle Financial Group | 7100-000 | $456.00 | NA | NA | $0.00 |
| Receivables Management Inc. | 7100-000 | $50.00 | NA | NA | $0.00 |
| State Farm Insurance | 7100-000 | $4,482.00 | NA | NA | $0.00 |
| Sun Cash | 7100-000 | $0.00 | NA | NA | $0.00 |
| Target | 7100-000 | $0.00 | NA | NA | $0.00 |
| TCF National Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| The Money Market | 7100-000 | $500.00 | NA | NA | $0.00 |
| The Money Market | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $36,368.00 | $31,422.01 | $31,422.01 | $1,356.65 |

FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 11-38961-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THIGPEN, TIFFANY ALEXANDRIA | Date Filed (f) or Converted (c): | 09/26/2011 (f) |
| For the Period Ending: | 3/12/2013 | §341(a) Meeting Date: | 10/25/2011 |
| | | Claims Bar Date: | 05/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Two checking accounts at Chase | $50.00 | $0.00 | | $0.00 | FA |
| 2  Miscellaneous household goods and furnishings used by the Debtor(s) in their household | $3,000.00 | $0.00 | | $0.00 | FA |
| 3  Books, pictures, records and tapes | $200.00 | $0.00 | | $0.00 | FA |
| 4  Personal used clothing | $200.00 | $0.00 | | $0.00 | FA |
| 5  Costume jewelry | $300.00 | $0.00 | | $0.00 | FA |
| 6  Pension through work | $0.00 | $0.00 | | $0.00 | FA |
| 7  2007 Nissan Versa | $6,500.00 | $0.00 | | $0.00 | FA |
| 8  Tax Refund | $0.00 | $4,831.00 | | $4,831.00 | FA |

**TOTALS (Excluding unknown value)**                                                                  **Gross Value of Remaining Assets**

$10,250.00         $4,831.00                                              $4,831.00           $0.00

**Major Activities affecting case closing:**
Tax Intercept.
TFR prepared for Trustee's review.
Prepare TDR

**Initial Projected Date Of Final Report (TFR):**    12/31/2012                                /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                                              DAVID LEIBOWITZ

Case 11-38961   Doc 33   Filed 03/13/13   Entered 03/13/13 09:05:56   Desc Main
Document      Page 7 of 9

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 11-38961-CAD | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | THIGPEN, TIFFANY ALEXANDRIA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9356 | **Checking Acct #:** | ******6101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 9/26/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/12/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/14/2012 | (8) | United States Treasury | Tax Refund. | 1224-000 | $4,831.00 | | $4,831.00 |
| 02/15/2012 | 3001 | Tiffany Alexandria Thigpen | Entitled Portion of Tax Refund. | 8100-002 | | $1,283.85 | $3,547.15 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.37 | $3,543.78 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.90 | $3,537.88 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.34 | $3,532.54 |
| 05/08/2012 | 3002 | Tiffany Alexandria Thigpen | Claimed Exemptions per Amended Scheduled C. | 8100-002 | | $1,706.00 | $1,826.54 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.10 | $1,822.44 |
| 01/28/2013 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $460.29 | $1,362.15 |
| 01/28/2013 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.50 | $1,356.65 |
| 01/28/2013 | 3005 | LVNV Funding, LLC /Sprint | Claim #: 10; Amount Claimed: 1,262.14; Amount Allowed: 1,262.14;  Distribution Dividend: 4.32; | 7100-000 | | $54.49 | $1,302.16 |
| 01/28/2013 | 3006 | Commonwealth Edison Company | Claim #: 1; Amount Claimed: 2,075.75; Amount Allowed: 2,075.75;  Distribution Dividend: 4.32; | 7100-000 | | $89.62 | $1,212.54 |
| 01/28/2013 | 3007 | Sallie Mae | Claim #: 6; Amount Claimed: 23,221.98; Amount Allowed: 23,221.98; Distribution Dividend: 4.32; | 7100-000 | | $1,002.61 | $209.93 |
| 01/28/2013 | 3008 | American InfoSource LP as agent for T Mobile | Claim #: 7; Amount Claimed: 296.63; Amount Allowed: 296.63;  Distribution Dividend: 4.32; | 7100-000 | | $12.81 | $197.12 |
| 01/28/2013 | 3009 | American InfoSource LP as agent for US Cellular | Claim #: 8; Amount Claimed: 474.39; Amount Allowed: 474.39;  Distribution Dividend: 4.32; | 7100-000 | | $20.48 | $176.64 |
| 01/28/2013 | 3010 | LVNV Funding, LLC its successors and assigns | Claim #: 9; Amount Claimed: 526.45; Amount Allowed: 526.45;  Distribution Dividend: 4.32; | 7100-900 | | $22.73 | $153.91 |
| 01/28/2013 | 3011 | Atlas Acquisitions LLC (HSBC - Carsons) | Claim #: 2; Amount Claimed: 1,254.81; Amount Allowed: 1,254.81;  Distribution Dividend: 4.32; | 7100-900 | | $54.18 | $99.73 |
| 01/28/2013 | 3012 | ASSET ACCEPTANCE LLC ASSIGNEE | Claim #: 3; Amount Claimed: 850.06; Amount Allowed: 850.06;  Distribution Dividend: 4.32; | 7100-900 | | $36.70 | $63.03 |
| 01/28/2013 | 3013 | ASSET ACCEPTANCE LLC | Claim #: 4; Amount Claimed: 1,051.42; Amount Allowed: 1,051.42;  Distribution Dividend: 4.32; | 7100-900 | | $45.40 | $17.63 |
| 01/28/2013 | 3014 | ASSET ACCEPTANCE LLC | Claim #: 5; Amount Claimed: 408.38; Amount Allowed: 408.38;  Distribution Dividend: 4.32; | 7100-900 | | $17.63 | $0.00 |
| | | | | **SUBTOTALS** | $4,831.00 | $4,831.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-38961-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THIGPEN, TIFFANY ALEXANDRIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9356 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/26/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/12/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $4,831.00 | $4,831.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,831.00 | $4,831.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $2,989.85 | |
| | | | **Net** | | $4,831.00 | $1,841.15 | |

| **For the period of 9/26/2011 to 3/12/2013** | | **For the entire history of the account between 02/14/2012 to 3/12/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,831.00 | Total Compensable Receipts: | $4,831.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,831.00 | Total Comp/Non Comp Receipts: | $4,831.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,841.15 | Total Compensable Disbursements: | $1,841.15 |
| Total Non-Compensable Disbursements: | $2,989.85 | Total Non-Compensable Disbursements: | $2,989.85 |
| Total Comp/Non Comp Disbursements: | $4,831.00 | Total Comp/Non Comp Disbursements: | $4,831.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 11-38961-CAD | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | THIGPEN, TIFFANY ALEXANDRIA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9356 | | **Checking Acct #:** | ******6101 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 9/26/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/12/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,831.00 | $4,831.00 | $0.00 |

| **For the period of 9/26/2011 to 3/12/2013** | | **For the entire history of the case between 09/26/2011 to 3/12/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,831.00 | Total Compensable Receipts: | $4,831.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,831.00 | Total Comp/Non Comp Receipts: | $4,831.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,841.15 | Total Compensable Disbursements: | $1,841.15 |
| Total Non-Compensable Disbursements: | $2,989.85 | Total Non-Compensable Disbursements: | $2,989.85 |
| Total Comp/Non Comp Disbursements: | $4,831.00 | Total Comp/Non Comp Disbursements: | $4,831.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ